Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* for petitioner. *Mr. Wm. S. Oodyke* for respondent.

No. 490. MERCANTILE TRUST COMPANY ET AL., PETITIONERS, *v.* SAMUEL P. WHEELER, RECEIVER, ETC. November 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Philip Barton Warren* and *Mr. Bluford Wilson* for petitioners. No appearance for respondent.

No. 491. GEORGE W. CRICHFIELD, PETITIONER, *v.* JUAN P. JULIA. November 19, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. L. Laflin Kellogg* for petitioner. *Mr. W. Benton Crisp* and *Mr. Henry W. Herbert* for respondent.

No. 459. MICHIGAN STEAMSHIP COMPANY, PETITIONER, *v.* HUGH McGILL ET AL, December 3, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. J. Parker Kirlin, Mr. C. R. Hickox* and *Mr. A. B. Browne* for petitioner. *Mr. William Denman* for respondent.

No. 486. THE OHIO TRANSPORTATION COMPANY ET AL., PETITIONERS, *v.* DAVIDSON STEAMSHIP COMPANY. December 3, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied.